```
UNITED STATES DISTRICT COURT                                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                                   DOCUMENT
------------------------------------------------------------X   ELECTRONICALLY FILED
                                              :                 DOC #:_____
BING HAN,                                     :                 DATE FILED: 2/11/2020
                                              :
                        Plaintiff,            :
                                              :                 19-cv-9251 (LJL)
            -v-                               :
                                              :                 ORDER
UNITED STATES CITIZENSHIP AND                 :
IMMIGRATION SERVICES                          :
                                              :
                        Defendant.            :
------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    Plaintiff filed the Complaint in this action on October 7, 2019. Rule 4(m) of the Federal Rules of Civil Procedure requires that a defendant be served with the Summons and Complaint within 90 days after the Complaint is filed.

    It is hereby ORDERED that Plaintiff advise the Court in writing why Plaintiff failed to serve the Summons and Complaint within the 90-day period, or, if Plaintiff believes that the Defendant has been served, when and in what manner such service was made.

    Pursuant to Paragraph 1(H) of the Court's Individual Practices in Civil Cases (available at https://www.nysd.uscourts.gov/hon-lewis-j-liman), Plaintiff should do so either by sending a letter in the mail to the following address:

        Pro Se Intake Unit
        Daniel Patrick Moynihan United States District Courthouse
        500 Pearl Street
        New York, NY 10007

or by delivering a letter in person to the Pro Se Intake Unit at the following physical address:

        Pro Se Intake Unit
        Thurgood Marshall United States District Courthouse, Room 105
        40 Foley Square
        New York, NY 10007.

    The letter is due on March 27, 2020. If no letter is submitted, the Court may exercise its discretion to dismiss the case without prejudice for want of prosecution.

Dated: February 11, 2020            _____
      New York, New York            LEWIS J. LIMAN
                                              United States District Judge