```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
BING HAN,                                                          :
                                                                   :
                            Plaintiff,                             :
                                                                   :       19-cv-9251 (LJL)
            -v-                                                    :
                                                                   :       ORDER
UNITED STATES CITIZENSHIP AND                                      :
IMMIGRATION SERVICES                                               :
                                                                   :
                            Defendant.                             :
                                                                   X
-------------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

Plaintiff filed the Complaint in this action on October 7, 2019. On February 11, 2020, the Court issued an order for Plaintiff to advise the Court in writing why Plaintiff failed to serve the Summons and Complaint within the 90-day period, or, if Plaintiff believed that the Defendant had been served, when and in what manner such service was made. According to a docket entry on February 25, 2020 (entitled "Summons Returned Executed"), Defendant was served on October 10, 2019. There has been no subsequent activity in the case.

Plaintiff is HEREBY ORDERED to inform the Court by status letter no later than May 11, 2020 whether and how he intends to prosecute this case on pain that the Court may dismiss the action for failure to prosecute if Plaintiff fails to do so. Plaintiff must serve the letter on Defendant.

SO ORDERED.

Dated: April 10, 2020
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/10/2020