| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br>------------------------------------------------------------x<br>  SEWARD,<br><br>                                        **Plaintiff,**<br><br>         -against-<br><br>  **DET. CAMILO R. ANTONINI, ET AL.,**<br><br>                                        **Defendants.**<br>------------------------------------------------------------x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: __11/23/2020__<br><br>**1:19-cv-09251 (ALC)**<br><br><u>**TRANSFER ORDER**</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff brings this action pursuant to 42 U.S.C. § 1983, alleging constitutional violations by the Police Department of Mt. Vernon, New York. On November 9, 2020, the Court ordered Plaintiff to show cause why this case should not be reassigned to White Plains pursuant to Local Rules for the Division of Business Among District Judges 18 and 19. ECF No. 4. On November 20, 2020, Plaintiff responded that it agreed reassignment to White Plains is required by these rules. ECF No. 22.

Therefore, the Court hereby transfers this matter to White Plains pursuant to Local Rules for the Division of Business Among District Judges 18 and 19.

**SO ORDERED.**

**Dated:**  November 23, 2020
      New York, New York                                             **ANDREW L. CARTER, JR.**
                                                                                              **United States District Judge**